**Order entered April 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01454-CV

**RYAN CHANDLER, Appellant**

**V.**

**WOODFOREST BANK, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02368-C**

## ORDER

The reporter's record is overdue. By letter dated March 26, 2019, Janet Wright, Official Court Reporter for County Court at Law No. 3, informed the Court that appellant had not requested preparation of the reporter's record. By letter dated April 3, 2019, the Court instructed appellant to file, within ten days, written verification that he had requested preparation of the reporter's record and written verification that he had paid or made arrangements to pay the reporter's fee or written documentation that he had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to comply might result in the Court ordering the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, appellant has not responded. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See id.*

Appellant shall file his brief on the merits on or before **May 29, 2019**.

/s/     BILL WHITEHILL
            JUSTICE